IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID CLARK, Reg. No. 31839-001, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:18-CV-213-WKW [WO] |
| WARDEN WALTER WOODS, | ) ) | |
| Defendant. | ) | |

## **ORDER**

On May 23, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the record and in light of Plaintiff's failure to comply with the court's April 23, 2018 Order (Doc. # 5), it is ORDERED that the Recommendation is ADOPTED. Accordingly, this action is DISMISSED without prejudice for Plaintiff's failures to prosecute and comply with the order of the court.

Final judgment will be entered separately.

DONE this 15th day of June, 2018.

                                      /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE